IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-110 |
| XYTEX TISSUE SERVICES, LLC and/or A.B.C. that domestic limited liability company, individual partnership, profit corporation and/or company doing business as the same on February 5, 2017, and MICHAEL WOODARD, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 5.) Because Plaintiff filed the notice prior to Defendants serving an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA